FILED
HARRISBURG

FEB 2 8 2013

MARY E. D'ANDREA, CLERK
Per____KJW____
Deputy Clerk

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : 1:13-MJ-0014 |
| v. | : |
| KEVIN CHIANELLA,<br>Defendant | : |

### ORDER

Upon a finding that the defendant is financially unable to obtain counsel, **IT IS ORDERED** that the Federal Public Defender, Kane Professional Building, 116 North Washington Ave, Suite 2C, Scranton, PA 18503, telephone number (570) 343-6285, is appointed to represent the defendant in all proceedings arising from this extradition matter.

_Martin C. Carlson_
Martin C. Carlson
Magistrate Judge

Date: 2-28-13