

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

---

IN THE MATTER OF THE EXTRADITION

OF

MISC. NO. 1:13-MJ-14

KENNETH CHIANELLA

## ORDER

The Court having received the Complaint filed on February 20, 2013, by William A. Behe, Assistant United States Attorney for the Middle District of Pennsylvania, for and on behalf of the Government of Canada, pursuant to the request of the Government of Canada for the extradition of KENNETH CHIANELLA, and an affidavit executed by KENNETH CHIANELLA, and witnessed by his attorney, Melinda Ghilardi;

And, further, the Court having been advised in open session that KENNETH CHIANELLA is a fugitive sought by the Government of Canada; that he is aware that the Government of Canada has filed charges against him and has obtained a warrant for his arrest; that he has reviewed the Complaint filed by the United States Attorney for this judicial district; that he has been fully advised of his rights in this country pursuant to the extradition treaty in force between the Government of the United States and the Government of Canada, and Title 18, United States Code, § 3184 et seq., and that he has knowingly and voluntarily waived those rights;

IT IS THEREFORE ORDERED that KENNETH CHIANELLA be committed to the custody of the United States Marshal for the Middle District of Pennsylvania pending arrival of the duly authorized representatives of the Government of Canada, at which time the United States Marshal shall deliver him together with any evidence seized incidental to his arrest and sought by the Government of Canada to the custody of such authorized representatives to be transported to Canada to be held for trial or other disposition; and

IT IS FURTHER ORDERED that the transfer of physical custody of KENNETH CHIANELLA together with any evidence seized shall be at such time and place as mutually agreed upon by the United States Marshal for the Middle District of Pennsylvania and the duly authorized representatives of the Government of Canada.

The Clerk of the Court is directed to forward copies of this Order and the executed Affidavit of Waiver to the Director, Office of International Affairs, Criminal Division, Department of Justice, in Washington, D.C., and the Assistant United States Attorney.

SO ORDERED, this 28th day of February, 2013.

_Martin C. Carlson_
MARTIN C. CARLSON
Chief United States Magistrate Judge
Middle District of Pennsylvania