# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF

THE EXTRADITION OF                    **ARREST WARRANT**

KEVIN CHIANELLA                       (18 U.S.C. § 3184)

Misc. 1:13-MJ-14

********************************

To: The United States Marshal
and any Authorized United States Officer

### YOU ARE HEREBY COMMANDED to arrest:

**KEVIN CHIANELLA**

and bring him forthwith to the nearest magistrate judge to answer a Complaint filed pursuant to Section 3184 of Title 18 of the United States Code, seeking his provisional arrest and extradition to Canada.

FILED
SCRANTON
MAR 04 2013
PER_____
DEPUTY

Susan E. Schwab — Name of Issuing Officer
/s/ Schwab — Signature of Issuing Officer

U.S. Magistrate Judge — Title of Issuing Officer
2/20/13  Harrisburg, PA — Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at FEDERAL BLDG, SCRANTON |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 02/20/2013 | A.S. Babcanec, DUSM | /s/ A.S. Babcanec |
| DATE OF ARREST 02/28/2013 | | |